**UNITED STATES BANKRUPTCY COURT**
**Middle District of Alabama**

In re

Kevin Michael Lee Smith

     Debtor

Case No. 16–10010
Chapter 13

**PURSUANT TO LBR 1017–1, THIS CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE, UNLESS A RESPONSE IS FILED AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 21 DAYS OF SERVICE OR THE INDICATED DEFICIENCIES ARE CURED.  RESPONSES MUST BE FILED ELECTRONICALLY OR BY U.S. MAIL ADDRESSED TO:**

```
Clerk, U.S. Bankruptcy Court
One Church Street
Montgomery, AL 36104
```

**NOTICE OF DISMISSAL**

Notice is hereby given that the debtor in the above referenced case has:

- ☐ Failed to appear at the scheduled §341(a) meeting of creditors as required by U.S.C. §343

- ☐ Failed to timely commence payments pursuant to 11 U.S.C. § 1326(a)(1)

- ☐ Failed to file reports or appear at a conference scheduled pursuant to L.B.R. 2015–1

- ☑ Failed to obtain pre–petition credit counseling and file a certificate with the court in accordance with §§109(h)(1) and 521(b)

- ☐ Failed to provide a tax return to the trustee pursuant to §521(e)(2)(A) or to file a tax return with the appropriate taxing authority pursuant to §1307(e)

- ☐ Failed to serve notice or file proof of service of a notice of a continued Section 341 Meeting of Creditors not later than 10 days after the date of the initial setting in accordance with L.B.R. 2003–1.

- ☐ Failed to timely file answers to interrogatories if permitted under L.B.R. 2003–1(e).

- ☐ Materially defaulted in payments under the confirmed plan.

- ☐ Failed to pay a domestic support obligation pursuant to §§1307(c)(11) or 1208(c)(1)

- ☐ Failed to file reports as required by L.B.R. 2015–1

- ☐ Failed to file Quarterly Fee Statement and pay Quarterly Fee

- ☐ Deceased

Unless a response to this notice is filed within 21 days of service or the deficiency is cured, the case may be dismissed without further notice. Responses must indicate cause as to why the case should not be dismissed and be filed electronically.

Dated: January 21, 2016