# UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

In re                                                                    Case No. 16–10010
                                                                         Chapter 13
Kevin Michael Lee Smith

    Debtor

## ORDER OF DISMISSAL

A notice of dismissal was issued in this case informing the debtor that this case may be dismissed without further notice pursuant to LBR 1017–1 or LBR 1006–1. The indicated deficiencies have not been cured, nor has a response been filed. It is therefore,

**ORDERED** that this case is **DISMISSED**.

All pending motions/objections are terminated with this order. If this case is reinstated, any such motions may be refiled without an additional filing fee.

Done this 16th day of February, 2016.

William R. Sawyer
United States Bankruptcy Judge

NOTICE:
Any unpaid filing fees remain due and payable to the Clerk of Court. Failure to pay the filing fee may result in additional collection proceedings.

In re:
Kevin Michael Lee Smith
      Debtor

Case No. 16-10010-WRS
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 1127-1      User: rwalker      Page 1 of 1      Date Rcvd: Feb 16, 2016
                     Form ID: odsmneg     Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 18, 2016.
db            +Kevin Michael Lee Smith,    140 Phyllis Avenue,    Enterprise, AL 36330-8842
3463369        +Carrington Mortgage Services, LLC,    P.O. Box 3489,    Anaheim, CA 92803-3489

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                  TOTAL: 0

         ***** BYPASSED RECIPIENTS *****
NONE.                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 18, 2016                               Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 16, 2016 at the address(es) listed below:
        Bankruptcy Administrator    ba@almb.uscourts.gov
        Curtis C. Reding    trustees_office@ch13mdal.com
                                                    TOTAL: 2